# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0285
LT Case No. 16-2016-CF-05192

_____

ANTOINETTE N. BOYD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Antoinette Nicole Boyd, Ocala, pro se.

Ashley Moody, Attorney General, and Zachary F. Lawton, Assistant Attorney General, Tallahassee, for Appellee.

June 4, 2024

PER CURIAM.

AFFIRMED.

SOUD, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____